IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NATHANIEL TYRONE WILLIAMS,**

    **Plaintiff,**

vs.                                                                 CASE NO. 4:08cv21-SPM/AK

**JOHN WHITEHURST, et al,**

    **Defendants.**

_____/

## O R D E R

Plaintiff, an inmate proceeding *pro se*, has filed a complaint alleging excessive use of force and failure to protect. (Doc. 1). The pleading has been reviewed as is required by 28 U.S.C. § 1915A and is deemed sufficient to alert Defendants to the nature and basis of Plaintiff's claims. It cannot be said upon this review of the amended complaint that Plaintiff has failed to state a claim upon which relief may be granted. Thus, service of the amended complaint should be directed.

Plaintiff has filed a Motion for Status of the case (doc. 8), which is herein **GRANTED**, and the status set forth as follows.

At this point, Plaintiff must submit service copies of the complaint. Under Fed. R. Civ. P. 4(c)(1), a copy of the amended complaint for each named Defendant is necessary to effect service and must be submitted by Plaintiff. As Plaintiff has named

nine (9) Defendants in this action, Plaintiff must provide the Court with nine additional copies of the complaint that are identical to the complaint, doc. 1, filed with the Court.

Accordingly, it is

**ORDERED**:

1. Plaintiff's Motion for Status (doc. 8) is **GRANTED**, and is as follows: he shall have until **April 11, 2008**, to provide the Court with nine (9) identical copies of his complaint for service on the Defendants.

2. **Failure to submit the service copies as directed will result in a recommendation of the dismissal of this action.**

**DONE AND ORDERED** this  **25th** day of March, 2008.

        *s/ A. KORNBLUM*
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**