# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**NATHANIEL TYRONE WILLIAMS,**

    Plaintiff,

vs.                                                          CASE NO. 4:08CV21-SPM/AK

**JOHN WHITEHURST, et al,**

    Defendants.

_____/

## O R D E R

Presently before the Court is Defendants' Motion for an Order to Show cause as to why the case should not be dismissed for Plaintiff's failure to release his medical records. (Doc. 30). Plaintiff has responded. (Doc. 32). Because Plaintiff has placed his medical condition at issue in this lawsuit, he shall sign the release necessary so that Defendants may obtain his medical records. Plaintiff should be assured that this is not a "trick," but a typical procedure when injuries are alleged. Consequently, the motion for a show cause order (doc. 30) is **GRANTED**, and Plaintiff shall sign said release on or before July 18, 2008, or it will be recommended that this cause be dismissed.

**DONE AND ORDERED** this __7th__ day of July, 2008.

                                                    _s/ A. KORNBLUM_
                                                    **ALLAN KORNBLUM**
                                                    **UNITED STATES MAGISTRATE JUDGE**