**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**NATHANIEL TYRONE WILLIAMS,**

    Plaintiff,

vs.                                             CASE NO. 4:08CV21-SPM/AK

**JOHN WHITEHURST, et al,**

    Defendants.

_____/

**O R D E R**

A Notice has been filed that Plaintiff has now signed a release of his medical records (doc. 36), which has delayed the filing of a response to the complaint. Consequently, Defendants shall have through **August 13, 2008**, to file response pursuant to the Order entered on April 11, 2008.  (See Doc. 13).

**DONE AND ORDERED** this   **24**th   day of July, 2008.

                                                     *s/ A. KORNBLUM*
                                                     **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**