IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


NATHANIEL TYRONE WILLIAMS,

      Plaintiff,

vs.                                         CASE NO. 4:08CV21-SPM/AK

JOHN WHITEHURST, et al,

      Defendants.

_____/


## REPORT AND RECOMMENDATION

Plaintiff filed a motion for preliminary injunction complaining that he was under the supervision of officers at Taylor Correctional Institution that he has accused of assaulting him in the present lawsuit and he had sought protective custody at Taylor which was denied.  (Doc. 12).  The Court directed Defendants to respond to this motion (doc. 13), and a response was filed which represents that Plaintiff is no longer in custody rendering the motion for injunctive relief moot.  (Doc. 40).

Indeed, an inmate's release from custody renders his claim for injunctive relief in a 1983 case moot.  Sumner v. State Bd. Of Pardons and Paroles of Georgia, 255 Fed.

Appx. 372 (11th Cir. 2007).

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion

for preliminary injunction (doc. 12) be **DENIED AS MOOT**.

**IN CHAMBERS** at Gainesville, Florida, this 5th  Day of December, 2008.


 s/ A Kornblum_____
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**



**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**