**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

NATHANIEL TYRONE WILLIAMS,

      Plaintiff,

vs.                         CASE No.: 4:08-CV-021-SPM/WCS

JOHN WHITEHURST, et al,

      Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation.  (doc. 44)  The parties have been furnished a copy and have been afforded an opportunity to file objections.   No objections have been filed, presumably because recent court mail has been returned from Plaintiff's last known address, the address indicated on Plaintiff's notice of address change (doc. 34).  Plaintiff has not updated his address since filing that notice.

Pursuant to Title 28, United States Code, Section 636(b)(1), it is

ORDERED AND ADJUDGED as follows:

1.      The Magistrate Judge's Report and Recommendation (doc. 44) is *adopted* and incorporated by reference in this order.

2.      Plaintiff's preliminary injunction motion (doc. 12) is ***denied as moot***.

DONE AND ORDERED this <u>third</u> day of March, 2009.


*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge