IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATHANIEL TYRONE WILLIAMS,

    Plaintiff,

vs.                          CASE No.: 4:08-CV-021-SPM/WCS

JOHN WHITEHURST, et al,

    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation. (doc. 49) The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed. Pursuant to Title 28, United States Code, Section 636(b)(1), it is

ORDERED AND ADJUDGED as follows:

1.    The Magistrate Judge's Report and Recommendation (doc. 49) is *adopted* and incorporated by reference in this order.

2.    This case shall be hereby dismissed without prejudice for failure to comply with a Court order and failure to prosecute his claims.

DONE AND ORDERED this thirty-first day of March, 2009.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge